# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESCOTT ELECTRIC COMPANY,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CINCINNATI INSURANCE COMPANY,** | : | No. 17-4718 |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 8th day of March, 2018, upon consideration of Defendant's Motion to Dismiss (Doc. No. 9), Plaintiff's Response (Doc. No. 13), and Defendant's Reply (Doc. No. 16), **it is HEREBY ORDERED** that the Motion to Dismiss (Doc. No. 9) is **GRANTED**.

**The Clerk of Court shall CLOSE the case for all purposes, including statistics**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE